| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 2:11CR00016 |
|---|---|---|
| | FILED 2016 DEC -2 AM 8:46 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND | DOCKET NUMBER *(Rec. Court)* 1 16 CR 0375 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Christopher Springfield<br>10004 Westchester Avenue<br>Cleveland, Ohio 44108 | West Virginia Southern | Charleston |
| JUDGE PEARSON<br>MAG. JUDGE LIMBERT | NAME OF SENTENCING JUDGE<br>Thomas E. Johnston | |
| | DATES OF SUPERVISED RELEASE: | FROM 03/02/2016  TO 03/01/2021 |

OFFENSE

21 U.S.C. § 841(a)(1): Possession with intent to distribute 28 grams or more of cocaine base

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF WEST VIRGINIA"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Ohio upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11/4/16
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/8/2016
*Effective Date*

*United States District Judge*

FILED 2016 DEC -8 PM 4:48 U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO YOUNGSTOWN

2016 NOV 18 PM 12:40 US PRETRIAL SERVICES & PROBATION OFFICE OHN CLEVELAND